**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE:<br>OCAMPO, HECTOR<br>OCAMPO, ROSE<br><br>Debtor(s) | CHAPTER 7 CASE<br><br>CASE NO. 07B-19666 BWB<br><br>JUDGE BRUCE W. BLACK |

**NOTICE OF FILING OF THE TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS
FOR COMPENSATION, AND HEARING ON THE ABANDONMENT
OF PROPERTY BY THE TRUSTEE**

TO the Debtor(s), Creditors, and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held.

    At:  Will County Court Annex
         57 N. Ottawa Street, Courtroom 201
         Joliet, Illinois 60432

    on:  **February 20, 2009**
    at:  **9:15 a.m.**

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3. The Trustee's Final Report shows total:

    a. Receipts                              $       111,716.06

    b. Disbursements                         $        90,830.30

    c. Net Cash Available for Distribution   $        20,885.76

4. Applications for Chapter 7 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses Now Requested |
|---|---|---|---|
| THOMAS B. SULLIVAN, TRUSTEE<br>(Trustee Fees) | 0.00 | $7,500.80 | |

| | | |
|---|---:|---:|
| Grochocinski, Grochocinski & Lloyd, Ltd. (Trustee's Attorney Fees) | 0.00 | $2,887.50 |
| Grochocinski, Grochocinski & Lloyd, Ltd. (Trustee's Attorney Expenses) | 0.00 | $37.87 |
| Clerk Of The U.S. Bankruptcy Court (US Bankruptcy Court ) | 0.00 | $260.00 |

5.  Applications for Chapter 11 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses Now Requested |
|---|---|---|---|

6.  In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be 0.00%.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|

7.  Claims of general unsecured creditors totaling $106,183.24 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be 9.61%.

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---:|---:|
| 002 | LVNV FUNDING LLC ITS SUCCESSORS & ASSIGNEE OF CITIBANK | $ 8,625.07 | $ 828.50 |
| 003 | LVNV FUNDING LLC ITS SUCESSORS & ASSIGNEE OF CITIBANK | $ 12,163.49 | $ 1,168.39 |
| 004 | CHASE BANK USA | $ 2,638.25 | $ 253.43 |
| 005 | DUPAGE PLASTIC SURGERY LTD | $ 3,417.00 | $ 328.22 |
| 006 | LVNV FUNDING LLC | $ 13,811.57 | $ 1,326.69 |
| 007 | ECAST SETTLEMENT CORPORATION ASSIGNEE OF | $ 1,552.18 | $ 149.10 |
| 008 | ECAST SETTLEMENT CORPORATION ASSIGNEE OF HSBC BANK NA | $ 5,136.51 | $ 493.39 |
| 009 | ECAST SETTLEMENT CORPORATION ASSIGNEE OF | $ 23,736.92 | $ 2,280.08 |
| 010 | ECAST SETTLEMENT CORP ASSIGNEE OF | $ 17,720.00 | $ 1,702.12 |
| 011 | FIA CARD SERVICES NA BANK OF AMERICA | $ 13,740.72 | $ 1,319.88 |
| 012 | FIA CARD SERVICES NA BANK OF AMERICA | $ 3,641.53 | $ 349.79 |

8.  Proposed dividends are approximations. Actual dividends may differ due to interest accrual,

        fee reductions, or as ordered by the Court.

9.     The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 S. Dearborn Street, 7th Floor, Chicago, Illinois 60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee application(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

10.    Debtor has been discharged.

11.    The Trustee proposed to abandon the following property at the hearing: books and records of the debtor and wearing apparel


Dated: **January 27, 2009**         For the Court,

                                              By: **KENNETH S. GARDNER**
                                                  Kenneth S. Gardner
                                                  Clerk of the United States Bankruptcy Court
                                                  219 S. Dearborn Street; 7th Floor
                                                  Chicago, IL 60604

Trustee:   THOMAS B. SULLIVAN, TRUSTEE
Address:   1900 RAVINIA PLACE
              ORLAND PARK, IL 60462
Phone No.: (708) 226-2700

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN**

IN RE:                                              CHAPTER 7 CASE
OCAMPO, HECTOR
OCAMPO, ROSE                              CASE NO. 07B-19666 BWB

                                                     JUDGE BRUCE W. BLACK
                   Debtor(s)

**ORDER AWARDING COMPENSATION AND EXPENSES**

THIS MATTER BEING HEARD on the Trustee's final requests for the allowance of fees and expenses of administration, notice having been given and the Court being duly advised:

IT IS HEREBY ORDERED that the Trustee's compensation and expenses are allowed as follows:

| | | | |
|---|---|---|---:|
| 1. | Trustee's compensation | $ | 7,500.80 |
| 2. | Trustee's expenses | $ | 0.00 |
| | TOTAL | $ | 7,500.80 |
| 3. | Chapter 11 Trustee's compensation | $ | 0.00 |
| 4. | Chapter 11 Trustee's expenses | $ | 0.00 |
| | TOTAL | $ | 0.00 |

IT IS FURTHER ORDERED that the requests for compensation and expenses are allowed as follows:

| | | | |
|---|---|---|---:|
| 1. | Attorney for the Trustee | | |
| | a. Compensation | $ | 2,887.50 |
| | b. Expenses | $ | 37.87 |
| | c. Chapter 11 Compensation | $ | 0.00 |
| | d. Chapter 11 Expenses | $ | 0.00 |
| 2. | Accountant for the Trustee | | |
| | a. Compensation | $ | 0.00 |
| | b. Expenses | $ | 0.00 |
| | c. Chapter 11 compensation | $ | 0.00 |

1

   d. Chapter 11 Expenses                 $_____0.00

3. Other Professionals

                 TOTAL      $_____2,925.37

  IT IS FURTHER ORDERED that the Trustee is directed to pay the allowances listed above after the Trustee's Distribution Report is filed with the Clerk of the Bankruptcy Court.

DATED this _____ day of _____ , 200 ___ .

             ENTERED _____
                 BRUCE W. BLACK
                 UNITED STATES BANKRUPTCY JUDGE

# CERTIFICATE OF NOTICE

```
District/off: 0752-1           User: amcc7                  Page 1 of 2          Date Rcvd: Jan 27, 2009
Case: 07-19666                 Form ID: pdf002              Total Served: 42


The following entities were served by first class mail on Jan 29, 2009.
db           +Hector Ocampo,   1477 Columbus Drive,   Bolingbrook, IL 60490-1409
jdb          +Rose Ocampo,   1477 Columbus Drive,   Bolingbrook, IL 60490-1409
aty          +Brian D Johnson,   Grochocinski, Grochocinski & Lloyd,   1900 Ravinia Place,
               Orland Park, IL 60462-3760
aty          +David E Grochocinski,   Grochocinski & Grochocinski,   1900 Ravinia Place,
               Orland Park, IL 60462-3760
aty          +David P Lloyd,   Grochocinski, Grochocinski & Lloyd,   1900 Ravinia Place,
               Orland Park, IL 60462-3760
aty          +John M Vick,   18th Street Legal Service,   4204 W North Avenue,   Chicago, IL 60639-4829
tr           +Thomas B Sullivan,   Grochocinski, Grochocinski & Lloyd Ltd.,   1900 Ravinia Place,
               Orland Park, IL 60462-3760
11698157     +Ameriquest,   Bankruptcy Department,   PO BOX 17313,   Baltimore, MD 21297-1313
11698158     +Bank of America,   PO BOX 15726,   Wilmington, DE 19886-5726
11698159     +Bush Truck Leasing,   11500 Northlake Dr. Ste. 450,   Cincinnati, OH 45249-1663
12537640     +CHASE BANK USA,   C O WEINSTEIN AND RILEY, PS,   2001 WESTERN AVENUE, STE 400,
               SEATTLE, WA 98121-3132
11698160     +Chase,   Bankruptcy Department,   PO BOX 15153,   Wilmington, DE 19886-5153
11698161     +Citi Cards,   PO BOX 688915,   Des Moines, IA 50368-8915
11698162     +Citi Cards,   PO BOX 688906,   Des Moines, IA 50368-8906
12450529     +City of Naperville,   P O Box 1368,   Elmhurst Il 60126-8368
11698163     +Deutsche Bank National Trust Co c/o,   Freedman Anselmo Lindberg & Rappe,
               1807 West Diehl Road, Suite 333,   Naperville, IL 60563-1890
12450527     +DuPage Valley Anestesiologists LT,   185 Penny Ave,   Dundee Il 60118-1454
12450530     +Dupage Plastic Surgey LTD,   1816 Bay Scott Circle,   Naperville Il 60540-1112
12450528     +Edward Hospital,   801 S Washington Street,   Naperville Il 60540-7499
12823091      FIA CARD SERVICES, NA/BANK OF AMERICA,   by American InfoSource LP as its agent,   PO Box 248809,
               Oklahoma City, OK 73124-8809
11698164     +HFC,   PO BOX 17574,   Baltimore, MD 21297-1574
11698165     +HSBC Card Services,   PO BOX 17051,   Baltimore, MD 21297-1051
11698166     +HSBC Mortgage Services,   PO BOX 37282,   Baltimore, MD 21297-3282
12450525     +LaFamilia Accident Rehab,   1904 W Cermak Rd,   Chicago Il 60608-4204
12450526     +Laboratory & Pathology Diagnostics,   Dept 4387,   Carol Stream Il 60122-0001
11698167     +Mt. Sinai Hospital,   1500 S. California Ave.,   Chicago, IL 60608-1729
12450523     +Naperville Radiologists SC,   6910 S Madison St,   Willowbrook Il 60527-5577
11698168     +Nationwide Credit & Collection,   PO Box 3159,   Oak Brook, IL 60522-3159
12450524     +OAD Orthopedics Ltd,   PO Box 661307,   Chicago IL 60666-1307
11698169      OSI Collection Service,   PO Box 959,   Brookfield, WI 53008-0959
11698170     +Pitney Bowes,   Purchase Power,   PO BOX 856042,   Louisville, KY 40285-6042
11698171     +Sears Credit Cards,   PO BOX 183082,   Columbus, OH 43218-3082
11698172     +Sinai Medical Group c/o,   OSI Collection Services, Inc.,   PO BOX 959,
               Brookfield, WI 53008-0959
11698173      Sterns Bank, N.A.,   Equipment Finance Division,   500 13th St., PO Box 750,
               Albany, MN 56307-0750
12450521     +Surgical Practice LTD,   PO Box 2557,   Naperville Il 60567-2557
11698174     +Wells Fargo Financial,   135 South Weber Road,   Bolingbrook, IL 60490-1565
12744989      eCAST Settlement Corporation assignee of,   HSBC Bank NA Direct Merchants,   Credit Card Bank NA,
               POB 35480,   Newark NJ 07193-5480
12719096      eCAST Settlement Corporation assignee of,   HSBC Bank Nevada and its Assigns,   POB 35480,
               Newark NJ 07193-5480
12787443      eCAST Settlement Corporation assignee of,   Household Finance Corporation,   POB 35480,
               Newark NJ 07193-5480

The following entities were served by electronic transmission on Jan 27, 2009.
12622569      E-mail/Text: resurgentbknotifications@resurgent.com                          LVNV Funding LLC,
               Resurgent Capital Services,   PO Box 10587,   Greenville, SC 29603-0587
12520059      E-mail/Text: resurgentbknotifications@resurgent.com
               LVNV Funding LLC its successors and assigns as,   assignee of Citibank,
               Resurgent Capital Services,   PO Box 10587,   Greenville, SC 29603-0587
11791523      E-mail/PDF: rmscedi@recoverycorp.com Jan 27 2009 22:56:01
               Recovery Management Systems Corporation,   25 S.E. 2nd Avenue, Suite 1120,
               Miami, FL 33131-1605
                                                                                              TOTAL: 3

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty           James M Miller
12450522*    +Wells Fargo Financial,   135 South Weber Road,   Bolingbrook Il 60490-1565
12787445*     eCAST Settlement Corporation assignee of,   Household Finance Corporation,   POB 35480,
               Newark NJ 07193-5480
                                                                                   TOTALS: 1, * 2

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

```
District/off: 0752-1           User: amcc7              Page 2 of 2              Date Rcvd: Jan 27, 2009
Case: 07-19666                 Form ID: pdf002          Total Served: 42

              ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jan 29, 2009**                    **Signature:**   *Joseph Speetjens*